# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **TRIMARK FOODCRAFT, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:18-00259-JB-N |
| | ) |
| **SELMA DEVELOPMENT, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 25) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. Gen. LR 72(a)(2)(S), and dated August 31, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' motion to dismiss (Doc. 7) is **GRANTED**.

**DONE** and **ORDERED** this 17th day of October, 2018.

        s/JEFFREY U. BEAVERSTOCK
        **UNITED STATES DISTRICT JUDGE**