# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| TRIMARK FOODCRAFT, LLC, ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 2:18-cv-00259-JB-N |
| SELMA DEVELOPMENT, LLC, ) | |
| Defendant. ) | |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff Trimark Foodcraft, LLC and Defendant Selma Development, LLC (collectively, the "Parties") hereby respectfully move for a brief status conference by telephone to address discovery and settlement issues in the above referenced matter. In support of their motion, the Parties state as follows:

1. Plaintiff filed this action on April 27, 2018 in the Circuit Court of Dallas County, Alabama. (Doc. 1-1). On June 1, 2018, Defendant removed the case to this Court (Doc. 1). On June 8, 2018, Defendant filed a Motion to Dismiss the Complaint (Doc. 7).

2. On October 17, 2018, the Court granted Defendant's Motion to Dismiss the original Complaint and allowed Plaintiff to file an Amended Complaint within fourteen days. (Doc. 26).

3. On October 29, 2018, Plaintiff filed an Amended Complaint. (Doc 27).

{B3101028}

4. Immediately following the filing of the Amended Complaint, the Parties began discussing options for settlement, including conducting a meeting at the subject property, which was a brand new Bojangles Restaurant franchise in Selma that closed within weeks of opening.

5. The Parties maintain that this matter can be resolved; however, there are timing elements beyond the Parties' control.

6. Instead of simply filing a second motion to continue discovery deadlines, the Parties respectfully request a brief status conference by telephone to advise the Court of the facts and circumstances of this case that would justify a request for more time to continue to work on resolution and a stay of discovery.

Respectfully submitted this 8th day of March, 2019.

*s/ Michael W. Lindsey*
MICHAEL W. LINDSEY
Jauregui & Lindsey, LLC
244 Inverness Center Dr, Ste 200
Birmingham, Al 35242
mlindsey@jandllawfirm.com

**Attorney for Plaintiff**

*s/ Tabor R. Novak III (with permission)*
Tabor R. Novak III (ASB-3580-B60N)
Starnes Davis Florie LLP

        Seventh Floor, 100 Brookwood Place
        Birmingham, AL 35259-8512
        Telephone: (205) 868-6089
        Facsimile: (205) 868-6099
        E-Mail: tnovak@starneslaw.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following parties or attorneys of record by electronically filing same with the Clerk of Court via CM/ECF this the 8th day of March, 2019:

Tabor R. Novak III (ASB-3580-B60N)
Starnes Davis Florie LLP
Seventh Floor, 100 Brookwood Place
Birmingham, AL 35259-8512
tnovak@starneslaw.com

        */s/ Tabor R. Novak III*
        Tabor R. Novak III (OF COUNSEL)

{B3101028}